IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA G. WEIRICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 15-cv-1164-JPG-CJP |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Lisa G. Weirich and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED:  December 16, 2016

                                                JUSTINE FLANAGAN
                                                **Acting Clerk of Court**

                                                **BY:  s/Tina Gray,**
                                                        **Deputy Clerk**

**APPROVED:**

s/ J. Phil Gilbert
**J. PHIL GILBERT
U.S. DISTRICT JUDGE**